IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**VALERIE VAZQUEZ, individually
and on behalf of all other similarly situated**        **PLAINTIFF**

v.      Case No. 4:23-cv-27-LPR

**SMILING CAMEL INC.**        **DEFENDANT**

### Consent to Join

I was employed as an hourly employee for Smiling Camel, Inc., on or after January 11, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid compensation. I consent to becoming a party-plaintiff in this lawsuit, to be represented by wh Law, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

_Julissa Harper (Feb 9, 2023 13:13 CST)_
Signature

## Julissa Harper
Printed Name

## Feb 9, 2023
Date

/s/ Stewart Whaley, Esq.
Stewart Whaley
Wh Law | We Help
1 Riverfront Pl., Ste. 745
North Little Rock, AR 72114
(501) 891-6000
Stewart@wh.law

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**VALERIE VAZQUEZ, individually**
**and on behalf of all other similarly situated**                    PLAINTIFF

v.          Case No. 4:23-cv-27-LPR

**SMILING CAMEL INC.**                                              DEFENDANT

### Consent to Join

I was employed as an hourly employee for Smiling Camel, Inc., on or after January 11, 2020. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid compensation. I consent to becoming a party-plaintiff in this lawsuit, to be represented by wh Law, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

_Derick Walker (Feb 8, 2023 15:09 CST)_
Signature

Derick Walker
Printed Name

Feb 8, 2023
Date

/s/ Stewart Whaley, Esq.
Stewart Whaley
Wh Law | We Help
1 Riverfront Pl., Ste. 745
North Little Rock, AR 72114
(501) 891-6000
Stewart@wh.law