IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**VALERIE VAZQUEZ, individually and on behalf of all others similarly situated**     **PLAINTIFFS**

v.     CASE NO. 4:23-CV-00027 LPR

**SMILING CAMEL, INC.**     **DEFENDANT**

## JOINT NOTICE OF LIABILITY SETTLEMENT

COME NOW Plaintiffs and Defendant through counsel and hereby provide notice that the parties have reached a liability-only settlement in principle that will resolve Plaintiffs' alleged unpaid wages and liquidated damages claims. The parties are in the process of negotiating an agreement with respect to Plaintiffs' attorney's fees and costs.

In light of the settlement progress, the parties request that all pending deadlines, including the current trial date, be stayed.

Dated: May 9, 2023

Respectfully submitted,

**VALERIE VAZQUEZ, individually and on behalf of all others similarly situated, PLAINTIFFS**

wh Law | We Help
1 Riverfront Pl. – Suite 745
North Little Rock, AR 72114
(501) 891-6000

By:     Stewart Whaley (ABN: 2009084)
stewart@wh.law
Chris Burks (ABN: 2010207)
chris@wh.law

**SMILING CAMEL, INC.**

GILL RAGON OWEN, P.A.
425 W. Capitol Ave., Suite 3800
Little Rock, AR 72201
(501) 376-3800

By: Danielle W. Owens (ABN: 2009192)
dowens@gill-law.com
Dylan H. Potts (ABN: 2001258)
dowens@gill-law.com